<u>**NOT FOR PUBLICATION**</u>

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MAXIMINO HERRERA, *on behalf of himself and similarly situated individuals*,<br><br>Plaintiff,<br><br>v.<br><br>LIVE OAK LANDSCAPE CONTRACTORS, INC., et al.,<br><br>Defendants. | No. 20-7330 (SDW)(LDW)<br><br><br>**ORDER**<br><br><br>June 22, 2022 |

**WIGENTON**, District Judge.

Before this Court is the Report and Recommendation ("R&R") entered on April 20, 2022, by Magistrate Judge Leda D. Wettre ("Judge Wettre"), (D.E. 49), recommending that this matter be dismissed without prejudice and that this Court retain jurisdiction to enforce a settlement previously reached. This Court has reviewed the reasons set forth by Judge Wettre in the R&R.[1] Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Judge Wettre, (D.E. 49), is **ADOPTED** as the conclusions of law of this Court. This matter is hereby **DISMISSED WITHOUT PREJUDICE** and this Court retains jurisdiction to enforce a settlement previously reached.

**SO ORDERED**.

                                                                         /s/ Susan D. Wigenton
                                                       **SUSAN D. WIGENTON, U.S.D.J.**

Orig: Clerk
cc:    Parties
        Leda D. Wettre, U.S.M.J.

---

[1] The parties did not file objections to the R&R.